

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. 14.6:

**2010–0304.   Harp Midam Beachwood Hotel Investors, L.L.C. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2006–M–1629.

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. 14.6(E):

**2009–2192.   State ex rel. Bardwell v. Cleveland.**
Cuyahoga App. No. 91831, 2009-Ohio-5688.